UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RALPH   JOHNSON

                    Plaintiff(s),

         - against -

CITY  OF NEWYORK

                Defendant(s).

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-10

05  Civ. 7519  (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all fact discovery is extended to
_____.

2. The date in paragraph 7 thereof for the completion of all expert discovery is extended to
_____.

3. ~~Other directions to the parties:~~   RESUBMIT ̴ (REVISED) ̴ JPTO, REQUESTS  TO  CHARGE,
VERDICT  FORM    BY  MAY 18, 2010.   CASE  IS   TRIAL
READY.

FINAL PRETRIAL CONFERENCE
4. The next ~~Case Management Conference [the Final Pretrial Conference]~~ will be held on
July 22, 2010 at 12:00 ~~am~~/pm.  Any conference scheduled for a date prior thereto is
adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar
as it may have been previously modified by Order of this Court, remain in full force and effect.

2

P. Kevin Castel
United States District Judge

Dated:   New York, New York
5 - 6 - 10